IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALTHEA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:14-CV-1794-M-BH |
| | § | |
| CITIMORTGAGE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*CitiMortgage, Inc.'s Motion to Dismiss and Brief in Support*, filed May 16, 2014 (doc. 3.), is **GRANTED**. By separate judgment, all of the plaintiff's claims against CitiMortgage, Inc. will be **DISMISSED with prejudice.**

**SIGNED** this 21st day of January, 2015.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**